## WADLEY v. STATE.

No. 18748.

Court of Criminal Appeals of Texas.

Jan. 27, 1937.

O. F. Watkins, of Mexia, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed being two years' confinement in the penitentiary.

The indictment properly charges an offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.